IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| CLAUDIA T. PILLICH ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No: 2:17-cv-00634-HCM/DEM |
| GOLDBELT FALCON, LLC, ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

The Plaintiff, Claudia T. Pillich, and Defendant, Goldbelt Falcon, LLC, by and through their attorneys of record, hereby stipulate as follows;

**WHEREAS**, Plaintiff brought this action;

**WHEREAS**, Defendant denies any liability in this action;

**WHEREAS**, the parties have reached an agreed confidential settlement of this matter and wish to dismiss this action with prejudice, each party to bear its own costs and fees as to Plaintiff's action,

**IT IS HEREBY ORDERED THAT** this action is hereby dismissed with prejudice, each party to bear its own costs and fees.

SIGNED this ___ day of August, 2018.

/s/
Douglas E. Miller
United States Magistrate Judge

_____
DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

1

**WE ASK FOR THIS:**

**PLAINTIFF, CLAUDIA T. PILLICH**

By: /s/__________________
Todd M. Gaynor, Esq.
Gaynor Law Center, PC
440 Monticello Avenue, Suite 1800
Norfolk, VA 23510
(757) 828-3739 – Telephone
(757) 257-3674 – Fax
tgaynor@gaynorlawcenter.com
*Counsel for Plaintiff*

Steven B. Wiley, Esq.
WILEY LAW OFFICES, PLLC
440 Monticello Avenue, Suite 1817
Norfolk, VA 23510
(757) 955-8455 – Telephone
(757) 319-4089 – Fax
swiley@wileylawoffices.com
*Counsel for Plaintiff*

**DEFENDANT, GOLDBELT FALCON, LLC**

By: /s/______________________
Kristina H. Vaquera (VA Bar No. 43655)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, VA 23510
(757) 648-1448 - Phone
(757) 648-1418 – Fax
vaquerak@jacksonlewis.com
*Counsel for Defendant*

Charles M. Elmer (VA Bar No. 88693)
Meredith F. Bergeson (VA Bar No. 83885)
Jackson Lewis, PC
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
charles.elmer@jacksonlewis.com
meredith.bergeson@jacksonlewis.com
*Counsel for Defendant*